UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| NATHAN F. AUSTIN, Individually and on Behalf of a Class of All Other Arkansans Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>    Defendant. | § § § § § § § § § § § § § | C.A. No. 4:12-CV-338-JMM |

## ORDER OF DISMISSAL

Plaintiff having moved for a dismissal of this action; it is accordingly ORDERED, ADJUDGED and DECREED that the case shall be, and the same is hereby, DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

The Joint Motion to Dismiss (Docket # 40) is GRANTED.

SO ORDERED.

SIGNED the 12th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

_____
**ORDER OF DISMISSAL**                                                                                                **PAGE 1**